FORM 8A

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| COALITION FOR FAIR TRADE IN SHOPPING BAGS,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>    Defendant.<br><br>and<br><br>FINIECO INDÚSTRIA E COMÉRCIO DE EMBALAGENS, SA,<br>    Defendant-Intervenor. | Court No. 24-cv-00158 |
| FINIECO INDÚSTRIA E COMÉRCIO DE EMBALAGENS, SA,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>    Defendant,<br><br>and<br><br>COALITION FOR FAIR TRADE IN SHOPPING BAGS,<br>    Defendant-Intervenor. | Court No. 24-cv-00160 |

## **STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in these actions hereby dismiss these actions.

| | |
|---|---|
| */s/ J. Michael Taylor*<br>J. Michael Taylor<br>Daniel L. Schneiderman<br><br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, D.C.  20006-4706<br>(202) 737-0500<br><br>*Counsel for Coalition for Fair Trade in Shopping Bags* | */s/ Jonathan Mario Zielinski*<br>Jonathan Mario Zielinski<br><br>Cassidy Levy Kent (USA) LLP<br>2112 Pennsylvania Avenue, NW.<br>Suite 300<br>Washington, D.C. 20037<br>(202) 787-5507<br>Fax: (202) 567-2301<br>Email: jzielinski@cassidylevy.com<br><br>*Counsel for Finieco Indústria e Comércio De Embalagens, SA* |
| OF COUNSEL:<br><br>SAVANNAH ROSE MAXWELL<br>Senior Attorney<br>Office of the Chief Counsel<br>For Trade Enforcement &<br>Compliance<br>U.S. Department of Commerce<br>1401 Constitution Avenue, N.W.<br>Washington, D.C.  20230<br>Tel. (202) 482-3748<br>Fax: (202) 482-4912<br>E-mail: Savannah.Maxwell@trade.gov | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>*/s/ Franklin E. White by Tara K. Hogan*<br>FRANKLIN E. WHITE, JR.<br>Assistant Director<br><br>/s*/ Daniel Bertoni*<br>DANIEL BERTONI<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Tel. (202) 880-0336<br><br>*Counsel for Defendant* |

December 23, 2024

3

## **ORDER OF DISMISSAL**

These actions, having been voluntarily stipulated for dismissal by all parties who have appeared in these actions, are dismissed.

Dated: December 23, 2024

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
     Deputy Clerk
